UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

NEDDE MAX MURPHY, JR.,

        Defendant.
_____/

NO. CR. S-08-568 LKK

O R D E R

Pending before the court is defendant's motion to dismiss the indictment under 18 U.S.C. § 2250. This case has been related to United States v. Valverde, No. 2:08-cr-187, on the basis that the defendants in both cases raised similar challenges to the statute in their respective motions to dismiss. The court has resolved the motion in United States v. Valverde, holding that 18 U.S.C. § 2250 is invalid under the Commerce Clause and dismissing the indictment. See Order, Feb. 10, 2009 (Doc. No. 26). For the reasons stated in that order, defendant's motion to dismiss is GRANTED.

////

1

1   IT IS SO ORDERED.

2   DATED: February 12, 2009.

3

4
                                    _____
5                                   LAWRENCE K. KARLTON
                                    SENIOR JUDGE
6                                   UNITED STATES DISTRICT COURT