1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar. #91413
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Petitioner
   NEDDE MAX MURPHY, JR.
6

7              IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,       ) No. 2:08-cr-568-LKK
                                   )
11           Plaintiff,            )
                                   )
12      v.                         ) ORDER
                                   )
13 NEDDE MAX MURPHY, JR.,          )
                                   ) Judge:  Hon. Lawrence K. Karlton
14           Defendant.            )         (In Chambers)
                                   )
15 _____  )

16     **WHEREAS** the court has filed an order dismissing the indictment in
17 the above case, and;

18     **WHEREAS** the government has filed a notice of appeal from that
19 order as well as a motion for a stay of release of Mr. Murphy pending
20 that appeal, which motion has been calendared for hearing on February
21 18, 2009, and;

22     **WHEREAS** the government has cited in its motion and memorandum the
23 existence of an arrest warrant lodged with the United States Marshal of
24 this district as a detainer against Mr. Murphy by the state of Idaho,
25 and

26     **WHEREAS**, counsel for Mr. Murphy avers that the terms thereof are
27 pertinent to this court's consideration of the pending motion for a
28 stay, and that while counsel has been permitted to view the detainer in

1  the U.S. Marshal's file, he has not been permitted to obtain a copy of
2  the detainer or related documents, and;
3     **WHEREAS**, counsel represents that possession of a copy of the Idaho
4  complaint and warrant are necessary in order for him to adequately
5  represent Mr. Murphy in connection with the pending motion for a stay
6  of release pending appeal;
7     **THEREFORE** the United States Marshal is directed to make a copy of
8  the Idaho detainer, arrest warrant, complaint, and any accompanying
9  declaration or affidavit in support of these documents available to
10 defense counsel by the end of business on February 13, 2009.
11    **IT IS SO ORDERED.**
12
13 Dated: February 13, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT