UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
January 20, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                          )<br>                      Plaintiff,           )<br>v.                                                    )<br>                                                          )<br>NEEDE MAX MURPHY, JR.,        )<br>                                                          )<br>                      Defendant.        ) | Case No. 2:08-CR-00568-LKK<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  NEEDE MAX MURPHY, JR. , Case No. 2:08-CR-00568-LKK , Charge  18 USC § 2250(a) - Failure to Register as a Sex Offender , from custody for the following reasons:

    ✔    Release on Personal Recognizance (TIME SERVED)

    __    Bail Posted in the Sum of $__

            __    Unsecured Appearance Bond

            __    Appearance Bond with 10% Deposit

            __    Appearance Bond with Surety

            __    Corporate Surety Bail Bond

            __    (Other)   __

Issued at  Sacramento, CA  on  January 20, 2010  at  1:14 pm  .

By  /s/ Lawrence K. Karlton
Lawrence K. Karlton
United States District Judge

Original - U.S. Marshal